# The Atkin Firm, LLC

Attorneys at Law

55 Madison Avenue, Suite 400
Morristown, NJ 07960

400 Rella Boulevard, Suite 165
Suffern, NY 10901

By: John C. Atkin, Esq.*
---
* Member of NJ, NY, and PA Bar

Tel: (973) 314-8010
Fax: (833) 693-1201
Email: JAtkin@atkinfirm.com

September 3, 2021

<u>VIA ECF</u>

Hon. André M. Espinosa, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    **Strike 3 Holdings, LLC v. John Doe infringer identified as using IP address 74.105.65.224**
             <u>Dkt. No. 2:21-cv-03089-JMV-AME</u>

Judge Espinosa,

      I represent Plaintiff Strike 3 Holdings, LLC ("Plaintiff") in the above-referenced matter. Pursuant to Your Honor's standing order prohibiting formal motions without leave of court (except for motions under Fed. R. Civ. P. 12(b) and motions to remand), I write on behalf of the parties to respectfully request leave of court to file a motion to permanently seal certain documents [D.E. 9 (Am. Compl.), 9-2 (Am. Civil Cover Sheet), 14 (Summons Returned Executed), and 18 (Declaration of John Doe) (to be filed under temporary seal)), pursuant to L. Civ. R. 5.3(c).

      The Parties have resolved this matter and Plaintiff has agreed to dismiss its claim, with prejudice, after the Court rules upon this requested motion. The Parties' motion will rely on a Declaration of John Doe and Index, which will address the requirements set forth in L. Civ. R. 5.3(c), including setting forth the basis for sealing the above documents, which contain information identifying Defendant and the BitTorrent activity and other evidence that has been alleged by Plaintiff to identify Defendant as the infringer, along with the clearly defined and serious injury that will result to Defendant if these documents are not permanently sealed.

      Thank you for your attention to this matter.

Respectfully submitted,

*/s/ John C. Atkin*

John C. Atkin, Esq.

cc:    Lois Varughese, Esq. (via Email)

The parties may file the requested motion to finalize their resolution of the case.
SO ORDERED.  DATED: 9/13/21

*/s/ André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge